IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,     : | |
| : | |
| Plaintiff,     : | |
| : | |
| v.     : | Criminal Action No. 24-40-CFC-5 |
| : | |
| PENNY HUNTER     : | |
| : | |
| Defendant.     : | |

## ORDER

In response to Defendant's Unopposed Motion to Continue the Change of Plea Hearing, this Court HEREBY ORDERS on this ___9th___ day of ___February___, 2026, that this motion is GRANTED. The Change of Plea Hearing shall be on ~~April 11, 2026~~, 2026 at _3:00_ a.m./p.m.

The time from February 10, 2026, up until the new date, is excludable because the ends of justice served by the delay outweigh the best interest of the public and the Defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

_____
HONORABLE COLM F. CONNOLLY
Chief United States District Judge